NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN REPUBLIC WHEELS, INC. ,<br><br>Plaintiff,<br><br>-vs-<br><br>BOYD LEE CODDINGTON, an individual,<br><br>Defendant. | Case No. CV-14-08718 AB (SHx)<br><br>[~~PROPOSED~~] **JUDGMENT** |

IT IS HEREBY ADJUDGED, DECREED AND ORDERED AS FOLLOWS:

Based on the motion of plaintiff for default judgment and the evidence in support thereof, as well as on all the records on file herein, the Court finds as follows:

**A.     Jurisdiction**

The Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332 in that this is a civil action between citizens of different states in which the amount in controversy exceeds $75,000.00, excluding interest and costs and 28 U.S.C. § 1367 concerning supplemental jurisdiction.   The Court also has jurisdiction based upon 28 U.S.C. § 1331, as the cause of action for Declaratory Judgment arises, inter alia, under the Lanham Trademark Act (15 U.S.C. §1051).

This Court has personal jurisdiction over defendant because defendant is doing business in California and because defendant agreed to submit to this Court's jurisdiction, in writing. Defendant has been properly served with the summons and the complaint in this action.

**JUDGMENT**

1

### B. Defendant's Liability

This Court finds that defendant, BOYD LEE CODDINGTON, breached the Purchase Agreement and the Consulting Agreement, and that he has committed fraud against plaintiff, and that he has also entered into both agreements fraudulently, that he has willfully, maliciously and intentionally interfered in plaintiff's economic relations, that he committed acts of trade libel against plaintiff, and has willfully abused the judicial process.

The court also finds that plaintiff is entitled to declaratory and injunctive relief as set forth below.

IT IS HEREBY ORDERED that JUDGMENT be entered against defendant BOYD LEE CODDINGTON and in favor of plaintiff, AMERICAN REPUBLIC WHEELS, INC. ("ARW"), as follows:

### A. Monetary Damages

Compensatory damages in the amount of **$522,002.93**

### B. Punitive Damages

Punitive Damages in the amount of **$0.00**

### C. Permanent Injunction

IT IS HEREBY ORDERED that a permanent injunction issue prohibiting defendant BOYD LEE CODDINGTON and any entity controlled by him, or anyone acting on his behalf, from using the trademark "Boyd Coddington" or any confusingly similar mark in connection with automotive wheels, steering wheels, and related items of clothing.

IT IS HEREBY ORDERED that CODDINGTON and any entity controlled by him, or anyone acting on his behalf, shall not to engage in any act designed to mislead or confuse ARW's customers with his own, and when contacted by ARW's customers, must give them correct contact information.

CODDINGTON is further ORDERED to post a prominent disclaimer on any website owned, operated and/or controlled by him, or any entity controlled by him or by anyone acting on his behalf, stating (1) that neither he nor that website nor goods sold on it are not affiliated

1  with ARW; (2) that the trademark**s** ~~"Boyd Coddington"~~ **described herein** ~~is~~ **are** owned by
2  plaintiff ARW, and (3) containing plaintiff ARW's true and accurate internet domain name,
3  address and telephone number.

### D. Declaratory Relief

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, AMERICAN REPUBLIC WHEELS, INC. ("ARW") is the sole owner of United States Trademark Registration Nos. 4,602,075 & 4,602,073, that each of these registrations is valid and supported by proper use in commerce by ARW, that each of these registrations was not procured by fraud or any other improper means, and that ARW has the right to use the marks of each of these registrations in commerce in connection with the goods recited therein.

Plaintiff is also awarded reasonable attorneys' fees **in the amount of $14,040.00** ~~and court costs incurred in connection with this suit,~~ and pre-judgment interest ~~and court costs~~. ***Citicorp Real Estate, Inc. v. Smith*, 155 F.3d 1097, 1107 (9th Cir. 1998) (in diversity cases, state law determines whether prejudgement interst is available and the applicable rate); Cal. Civ. Code § 3287 (providing for pre-judgment interest on damages certain at a rate determined by the one-year treasury yield not to exceed seven percent per annum).**

DATED: June 26, 2015

_____
THE HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

3

**JUDGMENT**